# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Linda L. Kidd**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00208-GCM-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin**,** | ) | |
| Acting Comissioner of Social Security | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 1, 2017 Order.

February 1, 2017

_____
Frank G. Johns, Clerk
United States District Court