# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL ACTION NO. 1:15-CV-208-GCM-DCK

| | |
|---|---|
| LINDA L. KIDD, | ) |
|        Plaintiff, | ) |
| v. | )   **ORDER** |
| CAROLYN W. COLVIN, | ) |
|   Acting Commissioner of Social Security, | ) |
|        Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Petition For Attorney Fees Under The Equal Access To Justice Act 28 U.S.C. § 2412" (Document No. 17) filed February 14, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B). Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

It appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of four thousand five hundred thirty four dollars ($4,534.00) for attorney fees in full and final settlement of all claims arising under the Equal Access to Justice Act. 28 U.S.C. § 2412(d).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Petition For Attorney Fees Under The Equal Access To Justice Act 28 U.S.C. § 2412" (Document No. 17) is **GRANTED.** The Commissioner of Social Security shall pay to Plaintiff the sum of $4,534.00, sent to Plaintiff's counsel's office address, in full satisfaction of any and all claims arising under EAJA 28 U.S.C. § 2412(d), and upon the payment of such sum, this case is dismissed with prejudice.

**SO ORDERED**.

Signed: February 14, 2017

David C. Keesler
United States Magistrate Judge